LAMKIN IP DEFENSE
Rachael D. Lamkin (246066)
One Harbor Drive, Suite 304
Sausalito, CA 94965
916.747.6091
RDL@LamkinIPDefense.com

*Attorney for Defendant*
*Fry's Electronics, CA*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Xiaohua Huang | ) | Case No. 3:20-cv-03522-WHA |
|---|---|---|
| Plaintiff, | ) | **DEFENDANT'S FRCP 7.1 DISCLOSURE** |
| v. | ) | |
| Fry's Electronics, Inc. | ) | |
| Defendant. | ) | |

## DEFENDANT'S FRCP 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 Fry's hereby discloses:

There is no parent corporation or any publicly held corporation owning 10% or more of Fry's stock.

June 20, 2020                                          Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin
LAMKIN IP DEFENSE

Attorneys for Fry's Electronics

## CERTIFICATE OF SERVICE

On this date, June 20, 2020, I served the following document upon Plaintiff by filing with the Court's ECF system:

**DEFENDANT'S FRCP 7.1 DISCLOSURE**

*Rachael D. Lamkin*
Rachael D. Lamkin